UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>— v. —<br><br>RUI-SIANG LIN,<br><br>Defendant. | **Unsealing Order**<br><br>24 Cr. 178 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ryan Finkel;

It is found that the Complaint No. 24 Mag. 351 is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment partially unsealed, and it is therefore:

ORDERED that Complaint No. 24 Mag 351, *United States v. Lin* be unsealed and remain unsealed pending further order of the Court.

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court except that account information and cryptocurrency wallet information in the Indictment's forfeiture allegations shall remain sealed.

Dated:   New York, New York
         May 20, 2024

HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK